FILED'07 JAN 31 14:22USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| LYLE WORKMAN, | ) | Civil No. 06-47-CO |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

**PANNER, Judge.**

Plaintiff petitions for judicial review of the final decision by the Commissioner of Social Security denying his claim for disability benefits. On January 8, 2007, Magistrate Judge Cooney filed his Findings and Recommendation (docket # 16), which recommended that Defendant's Motion (# 12) to Remand for further administrative proceedings be granted. The matter is now before me for de novo review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). I find no error, and grant the motion to remand.

Workman's application for benefits has been pending since 2001. This will be the third time the matter is before an Administrative Law Judge. When Congress established the disability insurance program, it surely did not envision that the

1 - ORDER

agency would take six years to adjudicate a claim for benefits. On remand, the Commissioner shall give this matter prompt attention.

## Conclusion

Magistrate Judge Cooney's Findings and Recommendation (docket # 16) are adopted. Defendant's Motion (# 12) to Remand is granted.

IT IS SO ORDERED.

DATED this 31st day of January, 2007.

_____
Owen M. Panner
United States District Judge

2 - ORDER